UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10-cv-172

| | |
|---|---|
| TASZ, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES A. WILLIAMS, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion To Remand (Doc. 2) filed December 13, 2010. On December 30, 2010, Defendant filed a Response to Plaintiff's Motion to Remand (Doc. 7), in which Defendant conceded that this case should be remanded. After reviewing the merits of the motion and the response thereto, this Court will Grant Plaintiff's Motion to Remand (Doc. 2).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Remand (Doc. 2) is **GRANTED**, and the action is **REMANDED** to the North Carolina General Court of Justice, Superior Court Division, for Caldwell County.

Signed: March 22, 2011

Richard L. Voorhees
United States District Judge